IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT "RYAN" WARD,<br><br>   Plaintiff,<br><br>v.<br><br>ROADBUILDERS MACHINERY AND SUPPLY CO., INC.,<br><br>   Defendant. | Case No. 4:21-cv-2156<br><br>Polk County Case No. LACL149740<br><br>NOTICE OF REMOVAL |

Defendant Roadbuilders Machinery and Supply Co., Inc. ("Roadbuilders"), pursuant to 28 U.S.C. § 1441 and Local Rule 81, files its Notice of Removal, and in support thereof states as follows:

1.  Roadbuilders is the named defendant in a civil action filed on January 27, 2021 in the Iowa District Court for Polk County entitled: Robert "Ryan" Ward, Plaintiff v. Road Builders Machinery & Supply, Inc. [sic].  The correct name of the Defendant is "Roadbuilders Machinery and Supply, Co., Inc." That action is docketed as Polk County Case No. LACL149740.

2.  Plaintiff served Defendant Roadbuilders on February 11, 2021.

3.  Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

4.  This action is a civil suit for personal injury damages.

5.  This suit arises out of a motorcycle-motor vehicle collision in Omaha, Nebraska on August 20, 2020.  Plaintiff was on the motorcycle.  Plaintiff is seeking past and future damages, including but not limited to "loss of income, medical expenses, pain and suffering, and physical impairment."  *See* Paragraph 9 of Plaintiff's Petition.  Plaintiff asks in his prayer that "judgment be entered against Defendant Builders in an amount reasonably calculated to

compensate for damages. . ." Thus, Plaintiff's Petition on its face does not explicitly state the exact amount in controversy.

6. Based on Defendant's knowledge of this accident, however, it is apparent that Plaintiff will seek in excess of $75,000 during the trial of this matter. Thus, Defendant believes and therefore alleges in good faith that the "amount in controversy" requirement for diversity of citizenship and removal jurisdiction is satisfied.

7. Plaintiff Robert "Ryan" Ward is an Iowa citizen.

8. Defendant Roadbuilders is a Kansas corporation with its principal place of business in the state of Kansas.

9. There is complete diversity of citizenship between Plaintiff and Defendant in this action.

10. The Southern District of Iowa has jurisdiction of this action based on diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332.

11. Removal to this Court is proper under 28 U.S.C. § 1441(a) because this district and division embraces Polk County, Iowa, the place where this action was originally filed and is currently pending.

12. In accordance with 28 U.S.C. § 1446(a) and Southern District of Iowa Local Rule 81, Defendant attaches as Exhibit A all process, pleadings, and orders in the state court action.

13. Defendant served this Notice of Removal on counsel for Plaintiff on the date set forth in the certificate of service shown below.

14. Pursuant to Local Rule 81(a)(2), there are no matters pending in state court requiring resolution by this Court.

15. Pursuant to Local Rule 81(a)(3), the names of counsel that have appeared in state court, with their office addresses, telephone numbers, facsimile numbers, e-mail addresses, and names of the parties they represent, are as follows:

> Pete Leehey
> The Biker Lawyers, P.C.
> P.O. Box 547
> Cedar Rapids, IA  52401
> Tel: (877) 209-9452
> Fax: (319) 294-4993
> E-mail: Pete@thebikerlawyers.com
>
> ATTORNEY FOR PLAINTIFF

16. By filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

17. All requirements of jurisdiction established by 28 U.S.C. § 1332 have been satisfied, and this action is, therefore, removable pursuant to 28 U.S.C. § 1441.

WHEREFORE Defendant Roadbuilders Machinery and Supply Co.., Inc., hereby removes the state court action pending as Case No. LACL149740 in the Iowa District Court for Polk County to this United States District Court.

> Respectfully submitted,
>
> WHITFIELD & EDDY, P.L.C.
> 699 Walnut Street, Suite 2000
> Des Moines, IA  50309
> Telephone:  (515) 288-6041
> Fax:  (515) 246-1474
> E-mail: reynolds@whitfieldlaw.com
>
> By */s/ Kevin M. Reynolds*
>     Kevin M. Reynolds
>
> ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed a copy of the foregoing to the following on said date:

Pete Leehey
The Biker Lawyers, P.C.
P.O. Box 547
Cedar Rapids, IA  52401
Tel: (877) 209-9452
Fax: (319) 294-4993
E-mail: pete@thebikerlawyers.com
ATTORNEY FOR PLAINTIFF

By:  */s/  Kevin M. Reynolds*