IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | | |
|---|---|---|
| ROBERT WARD, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| vs. | ) | |
| | ) | PETITION AT LAW |
| | ) | and |
| ROAD BUILDERS | ) | JURY DEMAND |
| MACHINERY & SUPPLY CO., | ) | |
| INC. | ) | |
| | | |
| Defendant(s). | | |

**PETITION AT LAW**

**COUNT I**

*PLAINTIFF STATES:*

1. Plaintiff Robert "Ryan" Ward ("Ward") is an individual and resident of Cass County, Iowa.

2. Defendant Road Builders, Inc., ("Road Builders") is a Kansas corporation doing business in Iowa, with its registered agent located in Polk County.

3. Scott Rope ("Rope") is an individual, and employee of Road Builders, Inc.

4. On August 20, 2020, Rope was driving a White 2016 GMC ("GMC") that collided with a Black 2013 Harley Davidson Motorcycle ("Motorcycle") driven by Ward.

5. The collision happened in Douglas County, Nebraska.

6. Road Builders owned the GMC that Rope was driving at the time of the collision.

7. Rope was driving the GMC with the consent of Road Builders at the time of the collision.

8. On August 20, 2020, Rope drove the GMC negligently, including but not limited to the following: failure to yield the right of way, and failure to keep a proper lookout.

EXHIBIT A

9. The negligence of Rope caused past and future damage to Ward, including but not limited to loss of income, medical expenses, pain and suffering, and physical impairment.

10. Ward's damages exceed the jurisdictional amount for Associate District Court.

*FOR THESE REASONS, Plaintiff* asks that judgment be entered against Defendant Builders in an amount reasonably calculated to compensate for damages, plus interest and costs.

## JURY DEMAND

Plaintiff demands a jury trial.

The Biker Lawyers, PC

BY:

*[signature]*

Pete Leehey AT0004661
P.O. Box 547
Cedar Rapids, Iowa 52401
(877) 209-9452
Fax: (319) 294-4993
E-Mail:  Pete@thebikerlawyers.com

ATTORNEY FOR PLAINTIFF

Original filed.

cc: Robert "Ryan" Ward

(Notice for Personal Service)

### IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| ROBERT "RYAN" WARD | ) |
| | ) Law No. |
| Plaintiff, | ) |
| | ) ORIGINAL NOTICE |
| vs. | ) |
| | ) |
| ROAD BUILDERS MACHINERY | ) |
| & SUPPLY CO., INC. | ) |
| | ) |
| Defendant. | ) |

TO THE ABOVE-NAMED DEFENDANT:

    YOU ARE NOTIFIED that a petition has been filed in the office of the Clerk of this Court naming you as the Defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff(s) is Cameron Leehey, The Biker Lawyers, P.C., whose address is P.O. Box 547, Cedar Rapids, Iowa 52401; his phone number is (877) 209-9452 and his facsimile number is (319) 294-4993.

    This case has been filed in a county that utilizes electronic filing. General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16. Information regarding requirements related to the protection of personal Information in court filings is contained in Iowa Court Rules Chapter 16, Division VI. You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Documents Management System (EDMS) at https://iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements. If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demand in the Petition.

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by Defendant of this Notice.

    If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator at 1-319-833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

{SEAL}

                                            CLERK OF THE ABOVE COURT
                                            Polk County Courthouse, 500 Mulberry St Suite 408, Des Moines, IA 50309

IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

# STATE OF IOWA JUDICIARY

Case No. LACL149740
County Polk

Case Title  RYAN WARD VS ROAD BUILDERS MACHINERY AND SUPPLY CO

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**  .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  01/29/2021 03:18:22 PM



District Clerk of  Polk        County

/s/ Jennifer Ewers



**POLK COUNTY SHERIFF'S OFFICE**  **SHERIFF KEVIN J. SCHNEIDER**

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309    Sheriff's Office (515) 286-3940 | Fax (515) 286-3410

# RETURN OF SERVICE
### In the IA District Court for POLK COUNTY COURT

ROBERT RYAN WARD  VS  ROAD BUILDERS MACHINERY & SUPPLY CO INC

Sheriff #: 21003759
Case #: LACL149740
Received: 2/10/2021
Service Number: 81904

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X Original Notice/Petition JURY DEMAND

On: 2/11/2021 9:00:00 AM
To: ROAD BUILDERS MACHINERY & SUPPLY CO INC by delivering a copy to LISA DARRELL
    a person at least 18 years of age described as CLERK
Manner Served: COMPANY REPRESENTATIVE
Address of Service: 400 E Court Ave REG AGENT: CT CORP, Des Moines, IA 50309
Notes:

**Attempts**

Date: 2/11/2021 9:00:00 AM
Address: 400 E Court Ave REG AGENT: CT CORP, Des Moines, IA 50309
Note:

**FEES**  **Total: $31.12**

Kevin J Schneider, Sheriff of Polk County, Iowa

*[signature]*

Deputy/Server: Patrick Adamovicz

Entered by Janet Lose - 2/12/2021 8:55:01 AM.